**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6110**

———————

DANIEL LEO WILLIAMS,

Plaintiff - Appellant,

versus

MR. WOODARD; NORTH CAROLINA DEPARTMENT OF COR-
RECTIONS, Division of Health Services; DOCTOR
LIGHTSEY; DOCTOR KYERMARTEN,

Defendants - Appellees,

and

JAMES B. HUNT, JR.; THEODIS BECK,

Defendants.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Senior District
Judge. (CA-00-267-5-3-F)

———————

Submitted: April 27, 2001      Decided: May 4, 2001

———————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Daniel Leo Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Leo Williams appeals the district court's order dismissing one of the defendants in his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2